# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**JOHNNY PLUMMER, #41080**                                                **PLAINTIFF**

**VERSUS**                                     **CIVIL ACTION NO. 4:08-cv-147-DPJ-JCS**

**CLARKE COUNTY AND**
**STATE OF MISSISSIPPI**                                             **DEFENDANTS**

## ORDER

Upon further consideration of the conditions of confinement complaint filed pursuant to 42 U.S.C. § 1983 by the Plaintiff in the above entitled action, the Court finds that the Plaintiff filed responses [9, 13 & 15] as directed by this Court's orders [9, 12 & 14]. However, upon further review of the complaint, the Plaintiff is required to file an additional written response regarding his specific constitutional claims surrounding his criminal conviction. It is, therefore,

ORDERED:

1. That on or before June 30, 2009, Plaintiff shall file a written response to:

(a) specifically state what constitutional claim Plaintiff is presenting to this Court and the facts surrounding that claim;

(b) specifically state how Defendant Clarke County violated Plaintiff's constitutional rights; and

(c) specifically state how Defendant State of Mississippi violated Plaintiff's constitutional rights.

2. **That failure to advise this court of a change of address or failure to timely comply with any order of this Court will be deemed as a purposeful delay and contumacious act by the Plaintiff and may result in this cause being dismissed without further notice to the Plaintiff.**

3. That the Clerk is directed to mail a copy of this order to the Plaintiff at her last known

address.

THIS, the  10th  day of June, 2009.

                                       s/ James C. Sumner
                                       UNITED STATES MAGISTRATE JUDGE