IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOHNNY PLUMMER, #41080                                                        PLAINTIFF

VERSUS                                             CIVIL ACTION NO. 4:08-cv-147-DPJ-JCS

CLARKE COUNTY, et al.                                           DEFENDANTS

FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. As reflected in the Order of the Court issued this day, Plaintiff's claims are not cognizable under 42 U.S.C. § 1983. Consequently, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), with prejudice, for failure to state a claim upon which relief may be granted.

Since this case is dismissed in accordance with the above mentioned provision of the Prison Litigation Reform Act, it will be counted as a "strike" pursuant to 28 U.S.C. § 1915(g).

**SO ORDERED AND ADJUDGED** this the 21th day of July, 2009.

                                           s/ *Daniel P. Jordan III*
                                           UNITED STATES DISTRICT JUDGE